# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02130-BNB

KURT PREUSS,

    Applicant,

v.

ARI ZAVARAS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 26 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The Clerk of the Court is directed to resend to Applicant the Court's Order dated October 17, 2007. Applicant shall have thirty days from the date of the instant Minute Order to comply with the Court's October 17, 2007, Order.

Dated: October 26, 2007

Copy of this **Minute Order, and a copy of the Order filed 10/17/07** were mailed on October 26, 2007, to the following:

Kurt Preuss
Reg. No. 83654
Freemont Correctional Faciltiy
PO Box 999
Canon City, CO 81215-0999

_____
Secretary/Deputy Clerk